UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRACY Y. ALLEN,

                      Plaintiff,                    22 **CIVIL** 9523 (CS)

        -against-                          **JUDGMENT**

ROBERTO PADILLA,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 24, 2025, Defendant's motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 24, 2025

                                                      **TAMMI M. HELLWIG**
                                                        Clerk of Court

                           **BY:**  _____
                                                          **Deputy Clerk**